# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

JOSHUA ROBERT BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0561

—————————————————

May 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie Lyn Sercus, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.